424 A.2d 540

Commonwealth v. Fedoriska, Appellant.

 Submitted June 29, 1979. John W. Packel,

Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.